**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael John Modena,

        Petitioner,

   v.

Federal Bureau of Prisons and Warden
R. L. Morrison, Federal Prison Camp,

        Respondents.

**MEMORANDUM OPINION
AND ORDER**
Civil No. 06-1008 ADM/JSM

_____

Michael John Modena, *pro se*.

_____

      Petitioner Michael John Modena ("Petitioner") has filed an Objection [Docket No. 37] to the Court's June 29, 2006 Order [Docket No. 34]. An objection is not an appropriate pleading, but if Petitioner means to ask this Court for reconsideration of its previous Order, Petitioner's request is denied. See D. Minn. LR 7.1(g). If Petitioner intends for his Objection to be treated as an appeal, then Petitioner must file an appeal with the United States Court of Appeals for the Eighth Circuit in accordance with the Federal Rules of Appellate Procedure.

                                 BY THE COURT:


                                      s/Ann D. Montgomery
                                  ANN D. MONTGOMERY
                                  U.S. DISTRICT JUDGE

Dated: July 12, 2006.